# EXHIBIT C

## TERM PURCHASE ORDER #_____

This Purchase Order, together with the Natural Gas Agreement between Seller and Buyer dated _____ 2017 constitutes a Contract between:

**SELLER**   SNYDER BROTHERS, INC.
**BUYER**   Ohio Valley Medical Center

Buyer agrees to pay Seller for all volumes of natural gas consumed in a given contract month at the price specified below in section 4 below. Buyer may convert up to 100% of the Contract Volume to a Fixed Price in the manner described in the Natural Gas Agreement. When price is converted to "Fixed" Snyder Brothers, Inc. will purchase all contract gas and customer agrees that services will be considered complete on that date with monthly volume deliveries to be as scheduled below. If Buyer has converted some or all of the Contract Volume to a Fixed Price in a given month, the price for all gas consumed in that month, shall be calculated by taking a weighted average price for (1) all Fixed Price conversions and (2) any remaining Contract Volume at the price specified in section 4 below.

1. Sales Period:   Nov 1, 2017 – Dec 31, 2018
                   Nov 1, 2017 – Dec 31, 2019
                   Nov 1, 2017 – Dec 31, 2020

2. Monthly Contract Quantity (Dekatherms)

| Jan | 4272 | May | 4905 | Sep | 2911 |
|---|---|---|---|---|---|
| Feb | 5314 | Jun | 4037 | Oct | 3721 |
| Mar | 4362 | Jul | 3567 | Nov | 3097 |
| Apr | 5372 | Aug | 3014 | Dec | 2538 |

3. Account Nos: 516656-M6847   5200-13-67250

4. Sales Price:

| | | Choose one |
|---|---|---|
| Nymex plus $.22 | One year | X |
| Nymex plus $.20 | Two years | |
| Nymex plus $.24 | Three years | |

5. Point of Delivery: Mountaineer City Gate
6. Point of Receipt: Snyder Brothers MGC Pool
7. Payment Terms: Net (15) days after date of invoice.
8. Natural gas supply is 100% West Virginia Production
9. Level of Service: 100% Swing

---

**SELLER**
Snyder Brothers, Inc.
P O Box 1022
One Glade Park East
Kittanning, PA 16201
PH:   724-548-8101
FAX:  724-545-8293
Email: _____

BY: _____
TITLE: _____
DATE: _____

**BUYER**
Ohio Valley Medical Center
2000 Eoff Street
Wheeling, WV 26003
Attn:  Narendran Sudhir
PH:    (304) 234-8316
FAX:   (304) 234-8571
EMAIL: _____

BY: _____
TITLE: _____
DATE: _____