# EXHIBIT D



TERM PURCHASE ORDER #_____

This Purchase Order, together with the Natural Gas Agreement between Seller and Buyer dated ___10/1___, 2018, constitutes a Contract between:

SELLER:   SNYDER BROTHERS, INC.

BUYER:    Ohio Valley Medical Center

Buyer agrees to pay Seller for all volumes of natural gas consumed in a given contract month at the price specified below in section 4 below. Buyer may convert up to 100% of the Contract Volume to a Fixed Price in the manner described in the Natural Gas Agreement. When price is converted to "Fixed", Snyder Brothers, Inc. will pruchase all contract gas and customer agrees that services will be considered complete on that date with monthly volume deliveries to be as scheduled below. If Buyer has converted some or all of the Contract Volume to a Fixed Price in a given month, the price for all gas consumed in that month shall be calculated by taking a weighted average price for (1) all Fixed Price conversions and (2) any remaining Contract Volume at the price specified in section 4 below.

1. Sales Period:   January 1, 2019 – Dec 31, 2019
                   January 1, 2019 – Dec 31, 2020
                   January 1, 2019 – Dec 31, 2021   NAH

2. Monthly Contract Quantity (Dekatherms):

| Month | Qty | Month | Qty | Month | Qty |
|---|---|---|---|---|---|
| Jan | 6850 | May | 0 | Sep | 0 |
| Feb | 5000 | Jun | 0 | Oct | 1650 |
| Mar | 2350 | Jul | 0 | Nov | 4100 |
| Apr | 700 | Aug | 0 | Dec | 6350 |

3. Account Nos:   506656-565847     543043-637258

4. Sales Price:

| | | choose one: | |
|---|---|---|---|
| Nymex plus $.40 | One year | | |
| Nymex plus $.37 | Two years | | |
| Nymex plus $.32 | Three years | ✓ | NAH |

5. Point of Delivery: Mountaineer City Gate
6. Point of Receipt: Snyder Brothers MGC Pool
7. Payment Terms: Net (15) days after date of invoice.
8. Natural gas supply is 100% West Virginia Production
9. Level of Service: 100% Swing

| SELLER | BUYER |
|---|---|
| Snyder Brothers, Inc. | Ohio Valley Medical Center |
| P.O. Box 1022 | 2000 Eoff Street |
| One Glade Park East | Wheeling, WV 26003 |
| Kittanning, PA 16201 | Attn: Narendran Sridhar |
| PH. 724-548-8101 | PH: (304) 234-8316 |
| FAX: 724-545-8243 | FAX: (304) 234-8571 |
| Email: gasmarketing@snydercos.com | EMAIL: nsridhar@ovrh.org |
| BY: [signature] | BY: [signature] |
| TITLE: VP Gas Marketing | TITLE: DIRECTOR OF OPERATIONS |
| DATE: 10/5/18 | DATE: 10/1/2018 |