# EXHIBIT F



EXHIBIT A
TERM PURCHASE ORDER #_____
Full Requirements

This Purchase Order, together with the Natural Gas Agreement between Seller and Buyer dated ___May 25___, 2016, constitutes a Contract between:

SELLER:   SNYDER BROTHERS, INC.

BUYER:    East Ohio Regional Hospital

Buyer agrees to pay Seller for all volumes of natural gas consumed in a given contract month at the price specified below in section 4 below. Buyer may convert up to 100% of the Contract Volume to a Fixed Price in the manner described in the Natural Gas Agreement. When price is converted to "Fixed", Snyder Brothers, Inc. will prucahse all contract gas and customer agrees that services will be considered complete on that date with monthly volume deliveries to be as scheduled below. If Buyer has converted some or all of the Contract Volume to a Fixed Price in a given month, the price for all gas consumed in that month shall be calculated by taking a weighted average price for (1) all Fixed Price conversions and (2) any remaining Contract Volume at the price specified in section 4 below.

1. Sales Period:   July 1, 2016 through December 31, 2017
                   July 1, 2016 through December 31, 2018

2. Monthly Contract Quantity (Dekatherms):

| Jan | 5988 | May | 3110 | Sep | 2781 |
|-----|------|-----|------|-----|------|
| Feb | 5209 | Jun | 2777 | Oct | 3025 |
| Mar | 5991 | Jul | 2521 | Nov | 3811 |
| Apr | 4376 | Aug | 2282 | Dec | 4860 |

3. Account Nos:   12984932-010

Choose one:

4. Sales Price:

| Nymex + $.12/dth | 1 yr. 18 MO |   |
|------------------|-------------|---|
| Nymex + $.05/dth | 2 yrs. 30 MC | ✓ |

5. Point of Delivery: Columbia Gas of Ohio City Gate
6. Point of Receipt: Snyder Brothers COH Pool
7. Payment Terms: Net (15) days after date of invoice.
8. Level of Service: Full Requirements

**SELLER**
Snyder Brothers, Inc.
P.O. Box 1022
One Glade Park East
Kittanning, PA 16201
PH:     724-548-8101
FAX:    724-545-8243
Email:  gasmarketing@snydercos.com
BY:     _[signature]_
TITLE:  VP
DATE:   5/25/16

**BUYER**
East Ohio Regional Hospital
90 N 4th Street
Martins Ferry, OH 43935
PH:     740-633-4512
FAX:    740-633-4205
Email:  babertini@ovrh.org
BY:     _[signature]_
TITLE:  VP & CFO
DATE:   5/9/2016