# EXHIBIT G

11719



EXHIBIT A
TERM PURCHASE ORDER #_____
Full Requirements

This Purchase Order, together with the Natural Gas Agreement between Seller and Buyer dated _____10\1_____, 2018, constitutes a Contract between:

SELLER:        SNYDER BROTHERS, INC.

BUYER:         East Ohio Regional Hospital

Buyer agrees to pay Seller for all volumes of natural gas consumed in a given contract month at the price specified below in section 4 below. Buyer may convert up to 100% of the Contract Volume to a Fixed Price in the manner described in the Natural Gas Agreement. When price is converted to "Fixed", Snyder Brothers, Inc. will pruchase all contract gas and customer agrees that services will be considered complete on that date with monthly volume deliveries to be as scheduled below. If Buyer has converted some or all of the Contract Volume to a Fixed Price in a given month, the price for all gas consumed in that month shall be calculated by taking a weighted average price for (1) all Fixed Price conversions and (2) any remaining Contract Volume at the price specified in section 4 below.

1. Sales Period:        January 1, 2019 through December 31, 2019
                        January 1, 2019 through December 31, 2020
                        January 1, 2019 through December 31, 2021

2. Monthly Contract Quantity (Dekatherms):

| Jan | 5988 | May | 3110 | Sep | 2781 |
| Feb | 5209 | Jun | 2777 | Oct | 3025 |
| Mar | 5991 | Jul | 2521 | Nov | 3811 |
| Apr | 4376 | Aug | 2282 | Dec | 4860 |

3. Account Nos:        12984932-010

Choose one:

4. Sales Price:

| Price | Term | Choose |
|---|---|---|
| Nymex + $.20 | 1yr. | |
| Nymex + $.22 | 2yrs. | |
| Nymex + $.13 | 3yrs. | NA |

5. Point of Delivery: Columbia Gas of Ohio City Gate
6. Point of Receipt: Snyder Brothers COH Pool
7. Payment Terms: Net (15) days after date of invoice.
8. Level of Service: Full Requirements

| SELLER | BUYER |
|---|---|
| Snyder Brothers, Inc. | East Ohio Regional Hospital |
| P.O. Box 1022 | 90 N 4th Street |
| One Glade Park East | Martins Ferry, OH 43935 |
| Kittanning, PA 16201 | Narendran Sridhar |
| PH:  724-548-8101 | PH:  304-234-8571 |
| FAX: 724-545-8243 | FAX: 304-234-8316 |
| Email: gasmarketing@snydercos.com | Email: nsridhar@ovrh.org |
| BY: | BY: |
| TITLE: VP Gas Marketing | TITLE: Director Of Operations |
| DATE: 11/12/18 | DATE: 10/1/2018 |